UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELVEEN SINGH | Case No. CV 10-08577 AHM (OPx) |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| TIBURON FINANCIAL, L.L.C., and DOES 1-10, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Plaintiff having filed a motion for default judgment and the Court having found in favor of Plaintiff, hereby ORDERS judgment entered against Defendant Tiburon Financial L.L.C. in the amount of $7,000.00. This amount consists of $1,000.00 pursuant to 15 U.S.C. § 1692k, $1,000.00 pursuant to California Civil Code § 1788.30(b), and $5,000.00 in non-economic damages for emotional distress.

Dated: August 9, 2011

                                                                         _____
                                                                         A. Howard Matz

**JS-6**                                                                       United States District Judge